UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DONNA J. SCHULTZ

Civil Case No.: 19-CV-00925
(JMA) (ARL)

                Plaintiff,

**CERTIFICATE OF SERVICE**

   -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY
EXECUTIVE'S OFFICE, SUFFOLK COUNTY POLICE
DEPARTMENT, JUSTIN S. MEYERS IN HIS OFFICIAL
AND PERSONAL CAPACITY, DENNIS COHEN IN HIS
OFFICIAL AND PERSONAL CAPACITY, AND STUART
CAMERON IN HIS OFFICIAL AND PERSONAL
CAPACITY,
                Defendants.
-------------------------------------------------------------------X

I hereby certify that on April 22, 2019, the Answer of the Defendant, Stuart Cameron, was served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Easter District's Rules on Electronic Service upon the following parties and participants:

TO:    Brendan Chao, Esq.
          Attorney for Plaintiff
          Donna J. Schultz
          50 Merrick Road, Suite 200
          Rockville Centre, New York 11570

          Debra L. Wabnik
          Attorneys for Defendant, County of Suffolk
          Stagg, Terenzi, Confusione & Wabnik, LLP
          401 Franklin Avenue, Suite 300
          Garden City, New York 11530

          Matthew Joseph DeLuca
          Law Offices of Mark A. Cuthbertson
          Attorneys for Defendant
          Dennis Cohen in his official and personal capacity
          434 New York Avenue
          Huntington, New York 11743

Roger Rosenman, Esq.
Marc S. Wenger, Esq.
Jackson Lewis P.C.
Attorneys for Defendant
Justin S. Meyers in his official and personal capacity
58 South Service Road, Suite 250
Melville, New York 11747

/s/ Brian J. Davis
Brian J. Davis
Brian J. Davis, P.C.
400 Garden City Plaza, Suite 430
Garden City, New York 11530
(516) 542-0249