UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

DONNA J. SCHULTZ,

                                    Plaintiff,

                    -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY
EXECUTIVE'S OFFICE, SUFFOLK COUNTY          Case No.: 19-CV-00925
POLICE DEPARTMENT, JUSTIN S. MEYERS IN
HIS OFFICAL AND PERSONAL CAPACITY,
DENNIS COHEN IN HIS OFFICIAL AND
PERSONAL CAPACITY, AND STUART
CAMERON IN HIS OFFICIAL AND PERSONAL
CAPACITY,

                                    Defendants.

------------------------------------------------------------------x


## <u>MOTION TO WITHDRAW AS COUNSEL</u>


**PLEASE TAKE NOTICE THAT,** pursuant to Local Rule 1.4, counsel for Defendant,

JUSTIN S. MEYERS, respectfully moves this Court for an Order withdrawing Roger Rosenman,

Esq. as counsel for Defendant.  This request is appropriate because, effective July 1, 2019, Esq.,

Roger Rosenman ceased employment with Jackson Lewis, P.C. Defendant continues to be

represented by Marc S. Wenger, Esq.

**WHEREFORE**, counsel for Defendant respectfully requests that the Court grant this

Motion and withdraw the appearance of Roger Rosenman, Esq. in this case.

Dated: July 1, 2019
      Melville, New York

Respectfully submitted,

JACKSON LEWIS P.C.
*ATTORNEY FOR DEFENDANT*
58 South Service Road, Suite 250
Melville, New York 11747
631-247-0404

By:            /s/            
MARC S. WENGER