UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
DONNA SCHULTZ

                        Plaintiff,

        -against-

COUNTY OF SUFFOLK, JUSTIN S. MEYERS IN          **Docket No.:**
HIS OFFICIAL AND PERSONAL CAPACITY,             19-cv-00925-JMA-ARL
DENNIS COHEN IN HIS OFFICIAL AND
PERSONAL CAPACITY, AND STUART                   **NOTICE OF RULE 12**
CAMERON IN HIS OFFICIAL AND PERSONAL            MOTION TO DISMISS
CAPACITY,

                        Defendants.
-----------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, and upon all

prior pleadings and proceedings herein, Defendant Dennis Cohen ("Cohen"), by his attorneys,

the Law Offices of Mark A. Cuthbertson, will move this Court before the Honorable Joan M.

Azrack, United States District Judge, in the United States District Court for the Eastern District

of New York, 100 Federal Plaza, Central Islip, New York 11722, at a time and on a date

determined by the Court, for an Order:

  1.  Dismissing the Complaint against Cohen pursuant to Federal Rule of Civil Procedure
      12(b)(6) for failure to state a claim upon which relief can be granted;

  2.  For such other and further relief as the Court may deem just and proper.

Dated: Huntington, New York
       August 12, 2019

                                LAW OFFICES OF MARK A. CUTHBERTSON


                                By: _____/s/_____
                                    Mark A. Cuthbertson (MC 7751)
                                    Matthew DeLuca (MD 4431)
                                    Attorneys for Defendant Dennis Cohen

434 New York Avenue
Huntington, New York 11743
P: (631) 351-3501
F: (631) 427-9507
<mcuthbertson@cuthbertsonlaw.com>

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2019, a true and correct copy of the

foregoing Notice of Rule 12 Motion to Dismiss was served by electronic mail on the following:

Brendan Chao, Esq.
Attorneys for Plaintiff
50 Merrick Road
Rockville Centre, NY 11570
516-466-2033

Debra L. Wabnik, Esq.
Stagg, Terenzi, Confusione & Wabnik, LLP
Attorneys for Defendant County of Suffolk
401 Franklin Avenue, Suite 300
Garden City, NY 11530
516-812-4500

Marc S. Wenger, Esq.
Jackson Lewis P.C.
Attorneys for Defendant Justin S. Meyers
58 South Service Road, Suite 250
Melville, NY 11747
(631) 247-0404

Brian J. Davis, Esq.
Law Office of Brian J. Davis
Attorneys for Defendant Stuart Cameron
400 Garden City Plaza, Suite 450
Garden City, NY 11530
516-542-0249


_____/s/_____
Mark A. Cuthbertson