Debra L. Wabnik (dw-0944)
Stagg Wabnik Law Group LLP
A Partner of
Stagg, Terenzi, Confusione & Wabnik, LLP
401 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 812-4504
dwabnik@stcwlaw.com

*Attorneys for Defendant*
*County of Suffolk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X   Docket No.: 19-cv-00925 (JMA)(ARL)

DONNA J. SCHULTZ,

                           Plaintiff,

**DEFENDANT COUNTY OF SUFFOLK'S**
**NOTICE OF MOTION TO DISMISS**

          -against-

**Azrack, J.**
**Lindsay, M.**

COUNTY OF SUFFOLK, JUSTIN S.
MEYERS IN HIS OFFICIAL AND
PERSONAL CAPACITY, DENNIS COHEN
IN HIS OFFICIAL AND PERSONAL
CAPACITY, AND STUART CAMERON IN
HIS OFFICIAL AND PERSONAL
CAPACITY,

                        Defendants.
-----------------------------------------------------X

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law in Support of

Defendant County of Suffolk's (the "County") Motion to Dismiss, and upon all prior pleadings

and proceedings had herein, the County will move this Court, before the Honorable Joan M.

Azrack, United States District Judge, at the United States Courthouse for the Eastern District of

New York located at 100 Federal Plaza, Central Islip, New York 11722, for an order:  (1)

dismissing the Amended Complaint of Plaintiff Donna Schultz in its entirety pursuant to FRCP

12(b)(1) and (6); and (2) granting the County such other and further relief as the Court deems

just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Your Honor's August 2, 2019

Order, opposition papers, if any, shall be served by September 20, 2019 and reply papers, if any,

shall be served by October 11, 2019.

Dated: Garden City, New York
August 12, 2019

Stagg Wabnik Law Group LLP
A Partner of
Stagg, Terenzi, Confusione & Wabnik, LLP

/s/Debra L. Wabnik
Debra L. Wabnik (dw-0944)
*Attorneys for Defendant*
*County of Suffolk*
401 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 812-4504

TO:   Brendan Chao, Esq.
*Attorneys for Plaintiff*
*Donna J. Schultz*
50 Merrick Road, Suite 200
Rockville Centre, New York 11570

Mark A. Cuthbertson, Esq.
Matthew Joseph DeLuca, Esq.
Law Offices of Mark A. Cuthbertson
*Attorneys for Defendant*
*Dennis Cohen in his official and personal capacity*
434 New York Avenue
Huntington, New York 11743

Marc S. Wenger, Esq.
Fatima M. Guillen-Walsh, Esq.
Jackson Lewis P.C.
*Attorneys for Defendant*
*Justin S. Meyers in his official and personal capacity*
58 South Service Road, Suite 250
Melville, New York 11747

Brian J. Davis, Esq.
Brian J. Davis, P.C.
*Attorneys for Defendant*
*Stuart Cameron in his official and personal capacity*
400 Garden City Plaza, Suite 430
Garden City, New York 11530