UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DONNA SCHULTZ,

                        Plaintiff,

                        Civ. No.: 19-cv-00925 (JMA) (ARL)

**NOTICE OF MOTION**

    -against-

COUNTY OF SUFFOLK, JUSTIN S. MEYERS IN
HIS OFFICAL AND PERSONAL CAPACITY,
DENNIS COHEN IN HIS OFFICIAL AND PERSONAL
CAPACITY, AND STUART CAMEON IN HIS
OFFICIAL AND PERSONAL CAPACITY,

                        Defendants.
---------------------------------------------------------------x

**PLEASE TAKE NOTICE**, upon the annexed affirmation of Marc S. Wenger, Esq., the Exhibits thereto and the accompanying Memorandum of Law, the undersigned counsel for Defendant Justin S. Meyers ("Defendant Meyers") will move this Court, before the Hon. Joan M. Azrack, United States District Judge, at the United States District Courthouse, Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be determined by the Court, for an Order dismissing Plaintiff's Complaint with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as this Court may deem just and proper.

Dated: Melville, New York
       August 12, 2019

                        Respectfully submitted,
                        JACKSON LEWIS P.C.
                        *Attorneys for Defendant*
                        *Justin S. Meyers*
                        58 South Service Road, Suite 250
                        Melville, New York 11747
                        (631) 247-0404

               By:  _____
                     MARC S. WENGER, ESQ.
                     FATIMA M. GUILLEN-WALSH, ESQ

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, the enclosed **NOTICE OF MOTION**, **AFFIRMATION OF MARC S. WENGER** and **DEFENDANT JUSTIN S. MEYERS' MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** was served in accordance with the Federal Rules of Civil Procedure and the Eastern District's Local Rules, via electronic mail, upon the following parties and participants:

Brendan Chao, Esq.
*Attorneys for Plaintiff*
50 Merrick Road
Rockville Centre, New York 11570
bchao@bchaolaw.com

Mark A. Cuthbertson, Esq.
Matthew Joseph DeLuca, Esq.
Law Offices of Mark A. Cuthbertson
*Attorneys for Defendant Dennis Cohen*
434 New York Avenue
Huntington, New York 11743
mcuthbertson@cuthbertsonlaw.com
mdeluca@cuthbertsonlaw.com

Brian J. Davis, Esq.
Law Office of Brian J. Davis
Attorneys for Defendant Stuart Cameron
400 Garden City Plaza, Suite 450
Garden City, New York 11530
ah@bjdpc.com

Thomas Edward Stagg, Esq.
Debra L. Wabnik, Esq.
David R. Ehrlich, Esq.
Andrew Scott Kazin, Esq.
Stagg Terenzi Confusion & Wabnik, LLP
*Attorneys for County of Suffolk*
401 Franklin Avenue, Suite 300
Garden City, New York 11530
tstagg@stcwlaw.com
dwabnik@stcwlaw.com
dehrlich@stcwlaw.com
akazin@stcwlaw.com

_____
MARC S. WENGER, ESQ.

4815-7826-7550, v. 1