UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

DONNA SCHULTZ,                                    19 cv 00925 (JMA)(ARL)

        Plaintiff,

-against-

                                  ATTORNEY AFFIRMATION

COUNTY OF SUFFOLK, JUSTIN S. MEYERS IN
HIS OFFICIAL AND PERSONAL CAPACITY,
DENNIS COHEN IN HIS OFFICIAL AND
PERSONAL CAPACITY, AND STUART
CAMERON IN HIS OFFICIAL AND PERSONAL
CAPACITY,

        Defendant(s).

-------------------------------------------------------------------

    I, Brendan Chao, an attorney duly admitted to practice law in this Court, and the courts of the State of New York, under the penalties of perjury, hereby affirm:

    1.    I am the sole principal of Brendan Chao, Attorney & Counsellor at Law, representing Plaintiff in this action. I submit the following Affirmation in support of Plaintiff's Opposition to Defendants' Motion to Dismiss pursuant to FRCP Rule 12(b)(6). The facts set forth herein are true to my personal knowledge, or upon information and belief.

    2.    Based on this Affirmation and the Memorandum of Law, Plaintiff respectfully requests that Defendants' Motion to Dismiss be denied in their entirety.

Dated: September 20, 2019
       Rockville Centre, N.Y.

BRENDAN CHAO
Attorney & Counsellor at Law

By: *[signature]*

Brendan Chao (BC 8811)
Attorney for plaintiff
50 Merrick Road, Suite 200
Rockville Centre, N.Y.
11570 (516) 466-2033

To: ALL PARTIES VIA ECF