# BRENDAN CHAO
## ATTORNEY AND COUNSELLOR AT LAW

50 MERRICK ROAD, SUITE 200
ROCKVILLE CENTRE, N.Y. 11570
(516) 466-2033
FACSIMILE: (516) 466-2007

E-MAIL: bchao@bchaolaw.com

June 23, 2020

**VIA ECF**

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

Re: Donna Schultz v. County of Suffolk, et al.
Civil Case No. 19-CV-00925(JMA)(ARL)

Dear Judge Azrack:

This office represents the Plaintiff in the above matter. I write on behalf of all parties to inform you that the parties do not consent to proceed before Magistrate Judge Lindsay for all proceedings, or to have her decide the pending Motions to Dismiss.

Please contact the undersigned if you have any questions, or require additional information.

Respectfully yours,

Brendan Chao

BC/aa

Cc: All Attorneys of Record  **VIA ECF**