UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

DONNA SCHULTZ

Plaintiff,

-against-

COUNTY OF SUFFOLK, JUSTIN S. MEYERS IN
HIS OFFICIAL AND PERSONAL CAPACITY,
DENNIS COHEN IN HIS OFFICIAL AND
PERSONAL CAPACITY, AND STUART
CAMERON IN HIS OFFICIAL AND PERSONAL
CAPACITY,

Defendants.
-----------------------------------------------------------------------X

**FILED**
**CLERK**

3/9/2021 9:37 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**Docket No.:**
19-CV-00925-JMA-ARL

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for the parties in the above-entitled action, that:

1.     Plaintiff Donna Schultz hereby withdraws her third cause of action, for violations

of New York Civil Service Law §75-b, as against Defendant Stuart Cameron.

2.     This stipulation may be executed in counterparts, and facsimile signatures shall be

deemed originals for all purposes.

Dated: Garden City, New York
February 18, 2021

BRIAN J. DAVIS, P.C.

By: _Brian J. Davis_

Brian J. Davis, Esq.
Attorney Defendant Stuart Cameron
400 Garden City Plaza
Suite 430
Garden City, NY 11530
(516) 542-0249

BRENDAN CHAO, ESQ.

By: _p.p._

Brendan Chao, Esq.
Attorney for Plaintiff
50 Merrick Road
Rockville Centre, NY 11570
(516) 466-2033

SO ORDERED.
/s/ JMA, USDJ
3/9/2021

1