# CIVIL CAUSE FOR PRE-MOTION CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 9/24/2021  TIME: 10:30 AM  TIME IN COURT: 20 Mins.

**FILED
CLERK
1:20 pm, Sep 24, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

CASE: **Schultz v. County of Suffolk et al
2:19-cv-00925-JMA-ARL**

APPEARANCES:  For Plaintiff:  Brendan Chao

For Dft County of Suffolk:  Debra Wabnik
Dft Justin Meyers:  Marc Wenger, Jaime Sanchez
Dft Dennis Cohen:  Mark Curthbertson, Matthew DeLuca
Dft Stuart Cameron:  Brian Davis

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A telephone status conference is scheduled for   before Judge Azrack and will be conducted through the AT&T conference center. Counsel shall dial 1-877-873-8017 and enter Access Code 4785432# at the prompt.
- ☒ Other:  No motions to be made until summary judgment.